# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JANICE M. MEADOWS                                   Case Number: 05-75829
        723 INDIANA AVENUE               SSN-xxx-xx-4767
        ROCKFORD, IL  61102

                                                 Case filed on:      10/7/2005
                                                 Plan Confirmed on:  12/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $5,548.00           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | JANICE M. MEADOWS | 0.00 | 0.00 | 60.26 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 60.26 | 0.00 |
| 001 | KISHWAUKEE AUTO CORRAL | 3,400.00 | 3,400.00 | 3,400.00 | 363.25 |
|  | Total Secured | 3,400.00 | 3,400.00 | 3,400.00 | 363.25 |
| 001 | KISHWAUKEE AUTO CORRAL | 407.85 | 0.00 | 0.00 | 0.00 |
| 002 | ABC CASH N GO | 143.60 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANCE AMERICA | 288.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 450.00 | 0.00 | 0.00 | 0.00 |
| 005 | AFFORDABLE CASH ADVANCE | 538.68 | 0.00 | 0.00 | 0.00 |
| 006 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICASH LOANS LLC | 267.32 | 0.00 | 0.00 | 0.00 |
| 008 | ARROW FINANCIAL | 501.24 | 0.00 | 0.00 | 0.00 |
| 009 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE BANK (USA) NA | 297.05 | 0.00 | 0.00 | 0.00 |
| 011 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHECK N GO | 248.50 | 0.00 | 0.00 | 0.00 |
| 013 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR GAS | 248.41 | 0.00 | 0.00 | 0.00 |
| 022 | PALISADES COLLECTION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RMI-MCSI | 250.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROUNDUP FUNDING LLC | 1,245.63 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 1,065.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROYCE FINANCIAL | 350.00 | 0.00 | 0.00 | 0.00 |
| 029 | SECURITY FINANCE | 629.90 | 0.00 | 0.00 | 0.00 |
| 030 | SST, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ASTA FUNDING ACQUISITION I HEILIG MEYERS | 1,964.68 | 0.00 | 0.00 | 0.00 |
| 033 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,823.80 | 0.00 | 0.00 | 0.00 |
| 034 | ASSET ACCEPTANCE CORP | 115.78 | 0.00 | 0.00 | 0.00 |
| 035 | CREDITORS BANKRUPTCY SERVICE | 119.45 | 0.00 | 0.00 | 0.00 |
| 036 | CREDITORS BANKRUPTCY SERVICE | 501.95 | 0.00 | 0.00 | 0.00 |
| 037 | CREDITORS BANKRUPTCY SERVICE | 70.04 | 0.00 | 0.00 | 0.00 |
| 038 | B-LINE LLC | 1,017.87 | 0.00 | 0.00 | 0.00 |
| 039 | LVNV FUNDING LLC | 131.30 | 0.00 | 0.00 | 0.00 |
| 040 | LVNV FUNDING LLC | 748.54 | 0.00 | 0.00 | 0.00 |
| 041 | LVNV FUNDING LLC | 137.88 | 0.00 | 0.00 | 0.00 |
| 042 | RECOVERY MANAGEMENT SYSTEMS CORP | 444.22 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,006.69 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 18,770.69 | 4,764.00 | 4,824.26 | 363.25 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Total Paid Claimant:    $5,187.51
Trustee Allowance:    $360.49
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009    By  /s/Heather M. Fagan